## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litig.

Case Number: 1:23-cv-00669

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Rosemarie Ramirez and Christopher Bates

Attorney name (type or print): Frederick J. Klorczyk III

Firm: Bursor & Fisher, P.A.

Street address: 888 7th Avenue

City/State/Zip: New York, New York 10019

Bar ID Number: 5208830 (NY)
(See item 3 in instructions)

Telephone Number: 646-837-7150

Email Address: fklorczyk@bursor.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 17, 2023

Attorney signature: S/ Frederick J. Klorczyk III
(Use electronic signature if the appearance form is filed electronically.)