UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation | Case No.: 1:23-cv-00669<br><br>Hon. Sara L. Ellis |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs Angelique Roberts, Hannah Offutt, Dylan Rushing, Orlandra Hawthorne, Nisha Albert, Adam Sorkin, Dartisha Anderson, Christine Borovoy, Todd Miller, Richard D. Garcia, Erica Nichols Cook, Jennifer Speer, Rosemarie Ramirez, Mary Yoon, Christopher Bates, and Stan Zakinov (collectively "Plaintiffs" or "Class Representatives") and Defendant Beyond Meat, Inc. ("Beyond Meat" or "Defendant") jointly notify this Court that on April 24, 2024, the parties engaged in mediation before the Honorable Wayne R. Andersen but did not reach agreement. Negotiations continued with the assistance of Judge Andersen and on May 6, 2024, the parties entered into a confidential binding settlement term sheet to settle the claims asserted in Plaintiffs' Consolidated Class Action Complaint (Dkt. 12) against Defendant on a nationwide, class-wide basis. The intention of the settlement is that, if the settlement is approved by this Court, the settlement will resolve all of the claims in all of the actions pending in this Court and any other court in the United States.

Counsel for the parties are working on drafting and executing a definitive comprehensive settlement agreement. In addition, counsel for the parties intend to discuss the next steps in the settlement process and counsel for Plaintiffs plan to prepare and submit a motion for preliminary approval of the class action settlement to the Court in approximately 60 days.

Date: May 9, 2024  Respectfully submitted

/s/ Nick Suciu III

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301
Telephone: (313) 303-3472
Facsimile: (865) 522-0049
Email: nsuciu@milberg.com

*Counsel for Plaintiffs and the Class*

Date: May 9, 2024  Respectfully submitted

/s/ Robin M. Hulshizer

Robin M. Hulshizer (ARDC No. 6230994)
Mark S. Mester (ARDC No. 6196140)
Renatta A. Gorski (ARDC No. 6332737)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
  robin.hulshizer@lw.com
  renatta.gorski@lw.com

*Attorneys for Defendant Beyond Meat, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2024, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ *Nick Suciu III*
Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301
Telephone: (313) 303-3472
Facsimile: (865) 522-0049
Email: nsuciu@milberg.com