**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation | ) ) ) ) ) ) ) | Case No. 1:23-cv-00669 MDL No. 3059 |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) | Judge Sara L. Ellis |

**JOINT MOTION TO EXTEND DEADLINE TO FILE**
**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Defendant Beyond Meat, Inc. ("Beyond Meat") and Plaintiffs Angelique Roberts, Hannah Offutt, Dylan Rushing, Orlandra Hawthorne, Nisha Albert, Adam Sorkin, Dartisha Anderson, Christine Borovoy, Todd Miller, Richard D. Garcia, Erica Nichols Cook, Jennifer Speer, Rosemarie Ramirez, Mary Yoon, Christopher Bates, and Stan Zakinov (collectively "Plaintiffs," and together with Beyond Meat, the "Parties"), by and through undersigned counsel, respectfully and jointly move this Court for a one (1) week extension of the deadline to file a motion for preliminary approval of the class action settlement ("Preliminary Approval Motion") and of the deadline to notice the Preliminary Approval Motion for presentment. In support of this motion, the Parties state as follows:

1. On May 9, 2024, the Parties filed a Joint Notice of Settlement that stated that, after mediation and continued negotiations with the assistance of the Honorable Wayne R. Andersen (Ret.), they had entered into a confidential binding settlement term sheet to settle the claims asserted in Plaintiffs' Consolidated Class Action Complaint (Dkt. 12) on a nationwide, class-wide basis. *See* Joint Notice (Dkt. 39).

2.      At the May 29, 2024 status hearing, the Court ordered the Parties to file the Preliminary Approval Motion by July 9, 2024 and to notice the Preliminary Approval Motion on July 16, 2024. *See* Minute Entry (Dkt. 40).

3.      The Parties have worked diligently and are close to finalizing the terms of the settlement agreement and preparing the Preliminary Approval Motion, but due to the number of parties involved and the upcoming July 4th holiday, would benefit from additional time.

4.      Good cause exists to grant this motion. There are seven (7) signatories to the settlement agreement, which will finally resolve the six (6) cases that were consolidated before this Court on behalf of a nationwide settlement class. Allowing the Parties additional time to finalize the settlement agreement will ensure the Parties are able to conduct the diligence and negotiations that are necessary to arrive at a settlement agreement that is fair, adequate, and reasonable.

5.      This request is not made for the purpose of delay and will not prejudice any party.

WHEREFORE, the Parties respectfully request that the Court grant their motion, and enter an order extending their deadline to file the Preliminary Approval Motion by one (1) week, up to and including July 16, 2024, and extending their deadline to notice the Preliminary Approval Motion for presentment by one (1) week, up to and including July 23, 2024.

Date: June 21, 2024  Respectfully submitted

*/s/ Robin Hulshizer*
Robin M. Hulshizer (ARDC No. 6230994)
Mark S. Mester (ARDC No. 6196140)
Renatta A. Gorski (ARDC No. 6332737)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
   robin.hulshizer@lw.com
   renatta.gorski@lw.com

*Attorneys for Defendant Beyond Meat, Inc*


Date: June 21, 2024  Respectfully submitted

*/s/ Nick Suciu III (with consent)*
Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301
Telephone: (313) 303-3472
Facsimile: (865) 522-0049
Email: nsuciu@milberg.com

Joel D. Smith
**SMITH KRIVOSHEY, P.C.**
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
Email: joel@skclassactions.com

Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Highway E, 2nd Floor
Haddonfield, New Jersey 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
Email: jshub@shublawyers.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
Email: beth@feganscott.com

Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: sultzerj@thesultzerlawgroup.com

Robert K. Shelquist
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. S, Suite 2200
Minneapolis, Minnesota 55401
Mobile: (612) 991-2934
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email:  rkshelquist@locklaw.com

*Co-Lead Counsel for Plaintiffs and the Class.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

| | |
|---|---|
| Date: June 21, 2024 | */s/ Robin Hulshizer* <br> Robin M. Hulshizer <br> LATHAM & WATKINS LLP <br> 330 North Wabash Avenue, Suite 2800 <br> Chicago, Illinois 60611 <br> Telephone: (312) 876-7700 <br> Facsimile: (312) 993-9767 <br> Email: robin.hulshizer@lw.com |