**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation | ) ) ) ) ) ) ) | Case No. 1:23-cv-00669<br><br>MDL No. 3059<br><br>Judge Sara L. Ellis |
| THIS DOCUMENT RELATES TO ALL CASES | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, August 14, 2024, at 9:45 a.m., or as soon thereafter as Defendant Beyond Meat, Inc. ("Beyond Meat") and Plaintiffs Angelique Roberts, Hannah Offutt, Dylan Rushing, Orlandra Hawthorne, Nisha Albert, Adam Sorkin, Dartisha Anderson, Christine Borovoy, Todd Miller, Richard D. Garcia, Erica Nichols Cook, Jennifer Speer, Rosemarie Ramirez, Mary Yoon, Christopher Bates, and Stan Zakinov (collectively "Plaintiffs," and together with Beyond Meat, the "Parties") may be heard, counsel for the Parties shall appear before the Honorable Judge Sara L. Ellis in Courtroom 1403 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and will then and there present the JOINT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL, a copy of which is being filed concurrently herewith.

Date: August 5, 2024　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　*/s/ Nick Suciu III*

　　　　　　　　　　　　　　　　　　　Nick Suciu III
　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN PLLC**
　　　　　　　　　　　　　　　　　　　6905 Telegraph Road, Suite 115
　　　　　　　　　　　　　　　　　　　Bloomfield Hills, Michigan 48301
　　　　　　　　　　　　　　　　　　　Telephone: (313) 303-3472
　　　　　　　　　　　　　　　　　　　Facsimile: (865) 522-0049
　　　　　　　　　　　　　　　　　　　Email: nsuciu@milberg.com

Joel D. Smith
**SMITH KRIVOSHEY, P.C.**
867 Boylston Street
5th Floor, #1520
Boston, MA 02116
Telephone: 617-377-7404
Email: joel@skclassactions.com

Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Highway E, 2nd Floor
Haddonfield, New Jersey 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
Email: jshub@shublawyers.com

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
Email: beth@feganscott.com

Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: sultzerj@thesultzerlawgroup.com

Robert K. Shelquist
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. S, Suite 2200
Minneapolis, Minnesota 55401
Mobile: (612) 991-2934
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rkshelquist@locklaw.com

*Co-Lead Counsel for Plaintiffs and the Class.*

Date: August 5, 2024                                    Respectfully submitted

*/s/ Robin M. Hulshizer*
Robin M. Hulshizer (ARDC No. 6230994)
Mark S. Mester (ARDC No. 6196140)
Renatta A. Gorski (ARDC No. 6332737)
Daniel D. Dvorak (ARDC No. 6342197)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
  robin.hulshizer@lw.com
  renatta.gorski@lw.com
  danny.dvorak@lw.com

*Attorneys for Defendant Beyond Meat, Inc*

**SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to Robin M. Hulshizer, counsel for Defendant, and that I have obtained Ms. Hulshizer's authorization to affix her electronic signature to this document.

Date: August 5, 2024    /s/ *Nick Suciu III*
Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301
Telephone: (313) 303-3472
Facsimile: (865) 522-0049
Email: nsuciu@milberg.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 5, 2024, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Date: August 5, 2024          <u>/s/ *Nick Suciu III*</u>
Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301
Telephone: (313) 303-3472
Facsimile: (865) 522-0049
Email: nsuciu@milberg.com

2