## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: BEYOND MEAT, INC., PROTEIN CONTENT MARKETING AND SALES PRACTICES LITIGATION**<br><br>This document relates to:<br>All Actions | Case No. 1:23-cv-00669<br><br>MDL No. 3059<br><br>Judge Sara L. Ellis |

### DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, Elizabeth A. Fegan, submit this declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

### RELEVANT BACKGROUND

2.    I, along with my co-counsel J. Barton Goplerud of the law firm Shindler, Anderson, Goplerud and Weese ("SAGW"), am counsel for plaintiffs Richard D. Garcia, Erica Nichols Cook, and Jennifer Speer against defendant Beyond Meat, Inc in the above captioned action.

3.    After conducting a thorough joint pre-filing investigation concerning Beyond Meat's marketing of the protein content of certain of its products, my firm along with Mr. Goplerud

serving as local counsel filed a lawsuit on behalf of our clients in the Southern District of Iowa on September 9, 2022. *See Garcia, et al. v. Beyond Meat, Inc*., Case No. 4:22-cv-00297 (S.D. Iowa).

4. On November 14, 2022, Beyond Meat filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML"), pursuant to 28 U.S.C. § 1407, to transfer and consolidate our action in Iowa with four other related actions. *In re Protein Content Litigation*, MDL Docket No. 3059, ECF No. 1. On December 14, 2022, my firm filed a response to Beyond Meat's motion to transfer, in which we supported transfer to this District and consolidation of the related actions. *Id*. ECF No. 14. On February 1, 2023, the JPML granted the motion and transferred the related actions to this Court. *Id*. ECF No. 26.

5. Upon transfer and consolidation, I along with the other plaintiffs' counsel agreed that the best interests of the putative class would be served by combining our forces and coordinating our litigation efforts. To that end, on February 17, 2023, we moved for appointment of interim lead counsel pursuant to Fed. R. Civ. P. 23(g)(3). ECF No. 6. On March 3, 2023, I was appointed to the Plaintiffs' Steering Committee in this action. ECF No. 10.

6. Plaintiffs' counsel, including attorneys at my firm, went right to work drafting a robust Consolidated Class Action Complaint, which was filed on May 3, 2023. ECF No. 12. Defendant filed a motion to dismiss Plaintiffs' claims on June 5, 2023. ECF No. 16. Once again, Plaintiffs' counsel organized ourselves in an efficient manner to vigorously respond to Defendant's motion. After the parties fully briefed the motion, on February 21, 2024, the Court granted the motion in part and denied it in part. ECF No. 29.

7. While the parties engaged in settlement discussions multiple times since the start of the litigation, the Court's ruling on Defendant's motion to dismiss crystallized the strengths and weaknesses of the parties' respective claims and defenses, allowing for more informed

negotiations. Following two mediations before Judge Andersen and additional direct negotiations between the parties, we were able to reach this Settlement. Based on my decades of experience litigating class action claims on behalf of consumers, I believe that the Settlement is fair, reasonable, and adequate, and overall, a tremendous result for class members,

### ATTORNEY QUALIFICATIONS

8.      I am an attorney who has been licensed in the State of Illinois and this District since 1995 and am a member in good standing. I am also admitted to the State Bar of California, the United States District Courts for the Central and Southern Districts of Illinois, the Northern, Central, and Southern Districts of California, and the Eastern District of Michigan, and the United States Courts of Appeals for the First, Second, Third, Seventh, Eighth, Ninth, and District of Columbia Circuits.

9.      I am the founding and Managing Partner at Fegan Scott LLC ("Fegan Scott"). My firm acted as one of the Plaintiffs' counsel in this matter. Fegan Scott is a nationwide class-action law firm dedicated to helping victims of consumer fraud, antitrust violations, negligence, and discrimination.

10.      After 15 years as Managing Partner of Hagens Berman's Chicago office, I established Fegan Scott in 2019 in Chicago. As our firm resume (**Exhibit A**) shows, Fegan Scott has achieved significant recoveries on behalf of consumers in its relatively short existence. Fegan Scott was named Law Firm of the Year in the consumer protection category at *The National Law Journal's* 2023 Elite Trial Lawyers Awards. Since its formation, Fegan Scott has been appointed to leadership positions by courts throughout the country, including this District. My firm has served as various roles in numerous class actions, including:

    a.      *In re Tiktok, Inc., Consumer Privacy Litigation*, MDL No. 2948 (N.D. Ill.): I was appointed *sua sponte* as Co-Lead Counsel. On August 22, 2022, Judge

Lee granted final approval of a groundbreaking $92 million settlement for consumers who use the app. The settlement is one of the largest privacy class action settlements ever achieved.

b. *In re Kia Hyundai Vehicle Theft Marketing, Sales Practices, And Products Liability Litigation*, MDL No. 3052 (C.D. Cal.): I was appointed Co-Lead Counsel for a class of nearly 10 million Hyundai and Kia vehicles that allegedly suffer from a defect that made them prone to a nationwide theft epidemic. On October 1, 2024, Judge Selna granted final approval of a class settlement that is valued at more than $200 million, including a $145 million common fund.

c. *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2873 (D.S.C.): I was appointed as Co-Lead Counsel. Action concerns class claims on behalf of Public Water Systems that major chemical companies contaminated drinking water with 'forever chemicals' known as PFAS. In February and March 2024, Judge Gergel granted final approval of two class action settlements in excess of $13.5 billion against certain PFAS manufacturer defendants.

d. *Zakikhani, et al. v. Hyundai Motor Company*, et al., 8:20-cv-01584-SB-JDE, ECF No. 130 (C.D. Cal.): I was appointed as Co-Lead Counsel. Class action concerning a potentially deadly defect that causes spontaneous engine compartment fires in over three million Hyundai and Kia vehicles, across dozens of models and over a decade of production model years. Judge Blumenfeld granted final approval of a settlement valued in excess of $650 million on May 10, 2023.

11.     Prior to founding Fegan Scott, I was also part of the Co-Lead Counsel team in *In re NCAA Student-Athlete Concussion Injury Litigation*, No. 1:13-cv-9116 (N.D. Ill.), which resulted in an historic nationwide class settlement on behalf of four million current and former NCAA student-athletes comprised of a $70 million, 50-year medical monitoring program to diagnose the short- and long-term effects of concussions and the accumulation of subconcussive hits.

12.     Additional non-exhaustive examples in which I led the prosecution include a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were inappropriate for, senior citizens. These cases led to numerous settlements, *e.g.*, American Equity Senior Annuities Fraud MDL (C.D. Cal.) ($129 million settlement) and Midland

Senior Annuities Fraud MDL (C.D. Cal.) ($79.5 million settlement). I was also appointed Class Counsel and Liaison Counsel in *In re Stericycle, Inc., Sterisafe Contract Litig.*, MDL No. 2455, No. 13-cv-5795 (N.D. Ill.), where we received final approval of a $295 million class settlement.

13.     My accomplishments and successes have been widely recognized. I have been named, *inter alia*: an Illinois Super Lawyer (annually 2016-2023); Sports/Gaming/Entertainment Law Trailblazer, The National Law Journal (2022); and Top 50 Women in Law Honoree, Chicago Daily Law Bulletin/Chicago Lawyer (2021, 2023). I have also repeatedly presented and published on a variety of topics including identifying class actions, class discovery, ascertainability, and post-certification strategies. For a full list of my accomplishments, see our firm resume attached as **Exhibit A**.

14.     The primary attorney from Fegan Scott who worked on this matter with me was Jonathan Lindenfeld. In 2020, Mr. Lindenfeld opened Fegan Scott's New York office, where he serves as Of Counsel. Mr. Lindenfeld has developed an impressive record representing victims of consumer and securities frauds in class actions against some of the largest Fortune 500 companies in the financial, pharmaceutical, and automotive industries. In addition to playing integral roles in *Zakikhani* and *Kia Hyundai Vehicle Theft*, Mr. Lindenfeld was appointed by Nancy E. Brasel in the District of Minnesota to the Plaintiffs' Executive Committee in *Mackie et al v. American Honda Motor Co., Inc. et al*., No. 2022-cv-00736 (D. Minn.), representing millions of Honda vehicle owners suffering from an engine defect. Since 2020, Mr. Lindenfeld has been named to the Super Lawyers' New York Metro Rising Stars list and has been named to the Best Lawyers' Ones to Watch lists for 2024 and 2025. For a full list of Mr. Lindenfeld's accomplishments, see our firm resume attached as **Exhibit A**.

15.     The primary attorney from SAGW who worked on this matter with us was J. Barton

Goplerud. Mr. Goplerud and SAGW have served as Co-Lead Counsel, Co-Counsel, or Local Counsel in several class action matters in the Southern and Northern Districts of Iowa, including but not limited to *David Cohen et al v. Accordia Life and Annuity Company et al*, No. 4:18-cv-00458-JAJ-RAW (SD), *Philip A. Kramer et al v. Aegon USA LLC et al*, No. 1:15-cv-00031 (ND), *Krsitina Jones et al v. Casey's Gen. Stores, Inc. et al*, No. 4:07-cv-400-RP-TJS (SD), *Fredrick D. Taylor et al v. Midland National Life Insurance Company*, No. 4:16-cv-00140-SMR-HCA (SD), *Fredrick Rozo v. Principal Life Insurance Company et al*, No. 4:14-cv-00463 (SD), *Jon Hanson et al v. Berthal Fisher and Company Financial Services Inc et al*, No. 1:13-cv-00067-LRR (ND), *Norman Davis IV et al v. TPI Composites Inc. et al*, No. 4:11-cv-00233-JAJ-TJS (SD), *Maryann Etter v. Trinity Structural Towers Inc*, No. 4:11-cv-249-RP-CEB (SD), *Eugene Hansen et al v. Per Mar Security Services et al*, No. 4:09-cv-459 (SD), and *Jose Lagunas et al v. Cargill meat Solutions Corp*., No.4:10-cv-00163-JAJ-RAW (SD). For a full list of Mr. Goplerud's accomplishments, see SAGW's firm resume attached as **Exhibit B**.

### ATTORNEY FEES AND LITIGATION EXPENSES

16.     The hourly rates in my firm included in this matter are the same as the regular current rates charged for their services in non-contingent matters and/or which have been used most recently in the lodestar cross check accepted by courts in other class litigation. Specifically, our firm billed at $1000 per hour for partners, $750 per hour for of counsel, and $250 per hour for paralegals.

17.     I am generally familiar with hourly rates typically charged by plaintiffs' class action counsel in this District and in other districts throughout the United States.  The rates charged by my firm are commensurate with those prevailing in the market for such legal services furnished in complex class action litigation. The billing rates for each of the attorneys included herein are the

firm's customary billing rates charged for complex litigation, such as class actions. Counsel's hourly rates are in keeping with the rates currently charged by firms which practice within this District, for complex litigation, based on years of experience. *See Barnes et al v. Unilever U.S., Inc.*, No. 1:21-cv-06191 (N.D. Ill.) (approving Plaintiffs' attorney fee request).

18. As of October 1, 2024, my firm has spent 105.8 hours working on this matter. The total lodestar amount for this work is $74,900.00. The lodestar associated with each biller is as follows:

| NAME | POSITION | RATE | HOURS | LODESTAR |
|------|----------|------|-------|----------|
| Elizabeth Fegan | Partner | $ 1,000 | 46.6 | $ 46,600 |
| Jonathan Lindenfeld | Of Counsel | $ 750 | 27 | $ 20,250 |
| Alissa Giler | Paralegal | $ 250 | 7.6 | $ 1,900 |
| Annitta Bailey | Paralegal | $ 250 | 1.8 | $ 450 |
| Wendy Purcell | Paralegal | $ 250 | 8 | $ 2,000 |
| Courtney Goliwas | Paralegal | $ 250 | 1.2 | $ 300 |
| Mary Dugan | Paralegal | $ 250 | 13.6 | $ 3,400 |
| | | | **105.8** | **$ 74,900** |

19. The hourly rates at SAGW included in this matter are the same as the regular current rates charged for their services in non-contingent matters and/or which have been used most recently in the lodestar cross check accepted by courts in other class litigation. Specifically, SAGW firm billed at $400-$625 per hour for shareholders.

20. I am generally familiar with hourly rates typically charged by plaintiffs' class action counsel in the district where SAGW is located and in other districts throughout the United States. The rates charged by SAGW are commensurate with, or conservative for, those prevailing in the market for such legal services furnished in complex class action litigation.

21. As of October 1, 2024, SAGW spent 42.5 hours working on this matter. The total lodestar amount for this work is $25,752.50. The lodestar associated with each biller is as follows:

| NAME | POSITION | RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| J. Barton Goplerud | Shareholder | $ 625 | 38.9 | $ 24,312.50 |
| Brian Marty | Shareholder | $ 400 | 3.6 | $ 1,440 |
| | | | **42.5** | **$ 25,752.50** |

22.     Each of the attorneys employed by Class Counsel on this case worked efficiently and diligently, and benefited from the experience with complex litigation.

23.     Fegan Scott and SAGW kept detailed records regarding the amount of time spent by attorneys and staff working on this matter and the lodestar calculation is based on our firms' current billing rates. The information was prepared from contemporaneous, daily time records regularly prepared and maintained by our firms in the usual course and manner of our firms. Time expended in preparing this application for fees and reimbursement of expenses is not included in this request or other work that must still perform before the litigation is complete, such as overseeing the settlement administration process, communicating with Settlement Class members, and responding to any associated objections and related appeals.

24.     This work will further benefit the Settlement Class, and could potentially last for years.  Under the Settlement Agreement, Class Counsel will not be compensated for this additional work.

25.     Detailed time records describing the work performed are available to the court for *in camera* review.

26.     My firm also incurred $24.10 in total expenses. These expenses are reflected in the books and records of my firm, and are an accurate record of the expenses incurred. All of the expenses incurred were reasonable and necessary for the prosecution of this case. Specifically, the expenses relate to PACER fees. Additionally, SAGW incurred $502.10 in total expenses relating to filing fees.

27.     Fegan Scott and SAGW undertook this action on a contingent-fee basis, assuming

significant risk that the action would yield no recovery and leave them uncompensated. From the outset of this action, Fegan Scott and SAGW have not been compensated for any time or expenses incurred.

28.     We understood we were embarking on a complex and expensive litigation with no guarantee of ever being compensated for the investment of time and money this case would require. In undertaking the responsibility of representing the class, Fegan Scott and SAGW were obliged to ensure that sufficient resources were dedicated to the prosecution of this litigation and that funds were available to compensate staff and to cover the considerable costs that a case such as this requires. With a potential lag time of several years for class cases to conclude, the financial burden on contingent-fee counsel is far greater than on a firm that is paid on an ongoing basis.

29.     In addition, even at this early stage of litigation, counsel engaged in extensive litigation. Indeed, at several points, this litigation engaged several attorneys and staff at Fegan Scott and SAGW, which limited our ability to take on other matters. For example, such early litigation included motion practice on efforts to transfer and consolidate several cases, defending against Defendant's motion to dismiss, and conducting settlement negotiations, including mediation before the Honorable Diane Welsh (ret.).

*     *     *

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 11, 2024, in Chicago, Illinois.

                                          ___ /s/ Elizabeth A. Fegan_____
                                                Elizabeth A. Fegan

# Exhibit A



## FIRM RESUME

FeganScott LLC is a nationwide class-action law firm dedicated to helping victims of consumer fraud, antitrust violations, toxic torts, sexual abuse, and discrimination, while also addressing community-driven legal needs. Established in 2019 and growing at a quick, but concerted pace, the firm has offices in Chicago, New York, Pittsburgh, Houston, and Washington, D.C.

Built on core values of justice, integrity, and excellence, FeganScott is not simply another law firm. It is a passionate group of skilled lawyers who put clients first – fighting to impose accountability and enact global change. With the success of founder Elizabeth A. Fegan and experience of seasoned civil and commercial trial attorney Timothy A. Scott, the firm's legal industry veterans have recovered more than $1 billion for clients. More information regarding the firm and its current cases can be found at www.feganscott.com.

## ATTORNEY BIOGRAPHIES

## <u>Managing Members</u>

### Elizabeth A. Fegan (Chicago)



Founder and Managing Member Elizabeth Fegan fights for victims of sexual abuse, discrimination, consumer fraud, antitrust violations, toxic torts, and other offenses. In 27 years practicing law, Beth has recovered more than $1 billion for her clients nationwide.

Beth is on the vanguard in the legal battles surrounding sexual assault, abuse, and harassment. In 2022, Beth represented the First Partner of California in connection with her testimony against Harvey Weinstein in the criminal trial in the Superior Court of California (County of Los Angeles). In addition to working on the front lines of the #MeToo movement, Beth has successfully led antitrust, consumer protection, and commercial class actions. Several examples follow:

> *Hyundai-Kia ABS Module Litigation* (C.D. Cal): Beth was appointed Co-Lead Counsel in an automobile defect class action relating to a defect in a vehicle component that would cause the vehicle to spontaneously erupt in flames. The parties reached a settlement on



behalf of an estimated three million class members, which was granted final approval in May 2023. The settlement is valued at a minimum of $326 million.

*In re Kia-Hyundai Vehicle Theft Litigation*, MDL No. 3052 (C.D. Cal): Beth was appointed *sua sponte* as Interim Class Counsel and later appointed as Co-Lead Counsel for consumers in an automobile defect class action relating to the nationwide epidemic of stolen Kia and Hyundai vehicles. On October 1, 2024, the court granted final approval of a settlement valued in excess of $200 million, covering approximately nine million class vehicles.

*In re Aqueous Film-Forming Foams Products Liability Litigation* (D.S.C.): Beth was appointed Class Counsel in two class action settlements for classes of Public Water Systems alleging chemical manufacturers 3M Corporation and DuPont were liable for contamination of public water systems with "forever chemicals." Final approval of the settlements was granted in April 2024, with the 3M settlement creating a common fund of $10.3 billion, and the DuPont settlement creating a common fund of $1.2 billion.

*In re TikTok, Inc., Consumer Privacy Litigation*, MDL No. 2948 (N.D. Ill.): Beth was appointed *sua sponte* as Co-Lead Counsel and achieved an historic $92 million settlement in that case. The settlement, which received final approval in 2022, was one of the largest ever achieved in a consumer privacy class action lawsuit.

*NCAA Student-Athlete Concussions* (N.D. Ill.): Beth prosecuted class claims as part of the Lead Counsel team against the NCAA for negligence due to lack of an enforceable concussion management protocol. Result: Settlement providing for the implementation of protocols that meet best practices, and the establishment of a $75 million, 50-year medical monitoring program for all current and former student-athletes.

*Multi-Year Grants-in-Aid (athletic scholarships)* (S.D. Ind.): In a series of antitrust class actions, Beth prosecuted antitrust claims against the NCAA based on the prohibition of multi-year grants-in-aid (GIAs) which, together with caps on the number of GIAs per team, worked to the detriment of student-athletes. Result: the NCAA lifted the ban on multi-year GIAs.

*USC Student Health Center Sexual Abuse* (C.D. Cal.)*:* In this Title IX and negligence action for sexual abuse by a university gynecologist of thousands of students, Beth was part of the lead counsel team for the nationwide class. The parties reached a $240 million settlement, which received final approval in 2020.

*Senior annuities consumer protection class actions*: In a series of class actions against insurance companies that sold equity-indexed deferred annuities that targeted, but were inappropriate for, senior citizens, Beth was appointed to lead counsel and executive committee positions. These cases led to numerous settlements, *e.g.*, American Equity



www.feganscott.com

Senior Annuities Fraud (C.D. Cal.) ($129 million settlement) and Midland Senior Annuities Fraud (C.D. Cal.) ($79.5 million settlement).

*Baby Products Antitrust* (E.D. Pa.): As co-lead counsel for a class of consumers overcharged for high-end baby products (e.g., strollers, highchairs) as the result of a price-fixing conspiracy between Babies 'R Us and baby product manufacturers, Beth and the team achieved a $35 million settlement after class certification was granted, summary judgment denied, and on the eve of trial.

*In re Stericycle, Inc., Sterisafe Contract Litig*. (N.D. Ill.): As local counsel and part of the lead counsel team, Beth prosecuted this breach of contract class action on behalf of customers whose subscription charges were increased without approval over time. The $295 million settlement received final approval in 2018.

*Pre-Filled Propane Tank Marketing and Sales Practices* (W.D. Mo.): As co-lead counsel for a class of consumers who purchased propane tanks for barbecues, Beth prosecuted this antitrust class action against the two dominant manufacturers who engaged in price fixing. The case settled for a $35 million common fund.

*Nexium Pharmaceutical Antitrust Fraud* (Mass.): After class certification, Beth was appointed to the lead trial team to try antitrust claims on behalf of Massachusetts payors for Nexium. This single-state case was settled the night before trial for $20 million.

Prior to founding FeganScott, Beth launched the Chicago office of Hagens Berman Sobol Shapiro, where she grew the firm significantly during her 15 years of leadership as managing partner. Before that, she was partner at The Wexler Firm in Chicago, where she launched her plaintiffs'-side career as interim managing partner.

Additionally, as an associate at Shefsky & Froelich in Chicago, Beth served in several local government appointments, including positions as special assistant corporation counsel to the City of Chicago, the Chicago Park District, and the Public Building Commission of Chicago. She also served on special master teams in federal and state court class actions, including with the Hon. Wayne Andersen (ret.), Northern District of Illinois. From 2001-2004, Beth taught legal writing at her alma mater, Loyola University Chicago School of Law.



## Timothy A. Scott (Chicago)



Timothy Scott is a founding member of FeganScott with more than two decades of experience. He has advocated on behalf of a wide range of clients, from individuals in catastrophic personal injury cases to classes of consumers and corporate defendants in highly complex, multi-district litigation.

As a managing member, Tim serves many corporate clients in commercial litigation matters involving breaches of contracts, deceptive business practices, defaults in financing and security agreements, and breaches of representations and warranties.

Tim has extensive experience in class action litigation including cases involving antitrust and consumer fraud, often serving as lead or co-lead counsel in these complex cases.

## Of Counsel

## Lynn A. Ellenberger (Pittsburgh, PA)

Throughout her career, Lynn A. Ellenberger, Of Counsel at FeganScott, has challenged violations of civil and constitutional rights. At FeganScott, she fights for victims of sexual abuse and harassment, demands accountability for consumers injured or defrauded by large corporations, and represents individuals alleging employment discrimination and other civil rights violations. She also represents criminal defendants challenging their convictions in federal habeas corpus proceedings and appeals.

Lynn recently led a FeganScott team at trial in a sexual abuse case against a spa and massage therapist on behalf of nine women who were abused by the masseuse during their treatments. The spa settled in the middle of trial for more than $3 million and the jury returned a verdict against the massage therapist for more than $10 million.

Before establishing FeganScott's Pittsburgh office, Lynn was an Assistant Federal Public Defender in the Western District of Pennsylvania. She represented clients on death row and those serving near-life prison sentences. She obtained one client's release from prison after serving 28 years for an unconstitutional conviction. Her former client is on the National Registry of Exonerations. She also succeeded in overturning a death sentence for an intellectually



disabled client and reversing a death sentence of a profoundly mentally ill client. Then and now, Lynn's passion to provide skilled legal representation to those unable to afford it has resulted in life-changing victories for her clients.

Prior to serving as an Assistant Federal Public Defender, Lynn was a partner at the Chicago law firm of Shefsky & Froelich where she represented businesses and governmental agencies in trial and appellate proceedings. After law school, Lynn was law clerk to Honorable Maurice B. Cohill, Jr. of the United States District Court, Western District of Pennsylvania.

Lynn received her law degree from Vanderbilt University School of Law where she was awarded the Junius I. Allison Prize for Public Interest Work. Lynn graduated Phi Beta Kappa and *magnum cum laude* with honors from the Economics department from Washington and Jefferson College. Today she serves on W&J's Pre-Law Advisory Committee.

Lynn is a sought-after speaker and author on topics that include sexual abuse, mental illness, intellectual disabilities, the death penalty, and appellate practice. Lynn is an avid tennis player and organizes tennis community service events that provide free tennis racquets and instruction to local children interested in the game of tennis.

## Jonathan D. Lindenfeld (New York)



Jonathan Lindenfeld, Of Counsel at FeganScott, has developed an impressive record representing victims of consumer and securities frauds in class actions against some of the largest Fortune 500 companies in the financial, pharmaceutical, and automotive industries.

Jonathan was an integral part of the Lead Counsel team in *Zakikhani, et al. v. Hyundai Motor Company, et al*., 8:20-cv-01584-SB-JDE (C.D. Cal.), which concerned a potentially deadly defect affecting millions of Hyundai and Kia vehicles, across dozens of models and over a decade of production model years. After several years of hard-fought litigation, FeganScott was able to achieve a settlement with the defendants on behalf of approximately three million class vehicle owners and lessees. When granting preliminary approval of the settlement, Judge Blumenfeld noted that the settlement was "comprehensive" and without "any obvious deficiencies." The settlement is valued at a minimum of $326 million and may exceed $650 million. Jonathan also played a central role in litigating through final approval of a settlement valued in excess of $200 million in *In re Kia-Hyundai Vehicle Theft Litigation*, MDL No. 3052 (C.D. Cal).

Jonathan continues to litigate automobile defect class actions against the most popular car manufacturers in the world, including Hyundai, Kia, Honda, and Ford. In April 2023, Jonathan was appointed to the Plaintiffs' Executive Committee in *Mackie et al v. American Honda Motor*



*Co., Inc. et al.*, No. 2022-cv-00736 (D. Minn.), an automobile class action representing millions of owners of Honda vehicles suffering from an engine defect.

Jonathan's prior experience includes securities litigation and shareholder derivative litigation while representing individual and institutional investors. Joining FeganScott in 2020, Jonathan opened the firm's New York City office.

Before joining FeganScott, Jonathan was an associate at the New York-based firm Pomerantz LLP, where his practice focused on federal securities litigation. At Pomerantz, Jonathan litigated cases against some of the largest generic pharmaceutical companies in the United States, arising from their alleged anticompetitive practices. Jonathan has worked alongside economic and legal experts to obtain numerous precedent-setting decisions, which have paved new avenues of relief for damaged investors.

Jonathan earned his Juris Doctor from Hofstra University School of Law, where he graduated *cum laude* with an honors business law concentration and interned at the U.S. Attorney's Office, Eastern District of New York. He was also an editor for the Hofstra Law Journal of International Business and Law. After law school, Jonathan was an associate at Levi & Korsinsky LLP. Jonathan earned his bachelor's degree in economics from Queens College.

Jonathan has been named to the New York *Super Lawyers* "Rising Stars" list each year since 2020 and to *Best Lawyers* "Ones to Watch" list for 2024 and 2025.

Jonathan is licensed in the states of New York and New Jersey; Southern District of New York; District of New Jersey; Eastern District of Michigan; and U.S. Courts of Appeals for the Third and Tenth Circuits.

## Michael von Klemperer (Washington, D.C.)



Mike von Klemperer has devoted his career to fighting corporate fraud and wrongdoing. With over a decade of experience prosecuting high-profile and complex cases in a wide range of areas, including healthcare fraud, consumer protection, employment discrimination, class actions, whistleblower qui tam cases, antitrust, and patent infringement suits. Mike joined FeganScott in 2024 to serve the firm's consumer fraud practice from its newly opened Washington, D.C. office.

Before starting at FeganScott, Mike was a shareholder at Baron & Budd P.C. There, he played a leading role in cases seeking to hold the pharmaceutical industry accountable for its role in the opioid crisis and represented states and other government entities in litigation against


www.feganscott.com

manufacturers, distributors, and retail pharmacies, ultimately helping to recover over $1 billion for his clients.

Mike earned his Juris Doctor from Vanderbilt University Law School and then clerked at the U.S. District Court for the District of Columbia. After his clerkship, von Klemperer served as an associate for Kotchen & Low L.L.P.  a boutique litigation firm based in Washington, D.C.

## Senior Associate

### Megan Shannon (Chicago)



Megan Shannon is a senior associate attorney at FeganScott's Chicago office. In this role, she helps prosecute class action cases across the firm's numerous practice areas, with particular attention on data privacy.

Prior to joining FeganScott, Megan was an associate attorney with Stephan Zouras LLP, where she started as a law clerk in 2017. After starting as an associate attorney in 2019, Megan independently managed over thirty complex class action cases, most of which focused on Illinois Biometric Information Privacy Act ("BIPA") claims and wage and hour matters under the Fair Labor Standards Act. Through her BIPA practice, Megan gained invaluable experience litigating matters of first impression, including assisting in various appeals to the Seventh Circuit and Illinois Appellate Court.

Megan earned her Juris Doctor from Chicago-Kent College of Law, where she graduated cum laude with a certificate in Workplace Litigation and Alternative Dispute Resolution. During her time at Chicago-Kent, Megan held the position of student editor for the Employee Rights and Employment Policy Journal and served as a fundraising event chair for the Kent Justice Foundation. As a law student, Megan interned in the City of Chicago Legal Department's Labor Division. She earned Bachelor of Arts degrees in political science and international studies from Loyola University Chicago.


www.feganscott.com

## Kyle Jacobsen (Philadelphia, PA)



Attorney Kyle A. Jacobsen has spent nearly a decade working on a variety of complex civil and criminal matters. Joining FeganScott in 2024, Kyle supports the Firm's antitrust and class action practices from its newly opened Philadelphia office.

At his previous firm, Ross Feller Casey, LLP, Kyle litigated cases primarily involving catastrophic medical malpractice, products liability, sexual assault, and wrongful death. He second-chaired multiple jury trials that went to verdict, and helped recover several tens of millions of dollars for victims and their families.

Kyle graduated cum laude from Temple University's Beasley School of Law and earned his undergraduate degree from Penn State University's Smeal College of Business.

## Associate

## Georgia Zacest (Texas)



Georgia Zacest is an associate attorney at FeganScott, where she supports the firm's civil rights and class action practice groups.

Prior to joining FeganScott, Georgia was an associate attorney at Case Law Ltd., a San Francisco-based personal injury firm, where she started as an intern in 2022. Her responsibilities there included drafting legal documents, communicating with clients, and negotiating successful settlements both pre-litigation and in mediation and settlement conferences.

Georgia earned her Juris Doctor from the University of Oregon School of Law, graduating Order of the Coif and with Outstanding Pro Bono Honors and a Mediation Certificate. During her time at Oregon Law, Georgia was Executive Editor of the Oregon Review of International Law. She also engaged in a project with the Honorable Karsten J. Rasmussen, drafting documents to submit to the Department of Interior and the Bureau of Land Management regarding forestland taxation in Oregon. Georgia earned a Bachelor of Arts in History and English from Boise State University, where she was a Division I athlete and a Top Ten Scholar.



## Nicolette Wolfrey (Washington, D.C.)



Nicolette Wolfrey is an associate attorney at FeganScott, supporting the firm's Washington, D.C. office. She focuses primarily on commercial litigation, including cases involving gender-based discrimination and sexual assault.

Before joining FeganScott, Nicolette was an associate at the D.C.-based firm Venable, where she represented clients across various industries in federal and state litigation.

Nicolette earned her Juris Doctor from the University of Virginia School of Law and her Bachelor of Arts in Government and Politics from the University of Maryland.

## Ashali Chimata    (Washington, D.C.)



Ashali Chimata is an associate at FeganScott's Washington, D.C. office, where she supports the firm's class action practice.

Before joining FeganScott, Ashali served as a law clerk to the Honorable Robert E. Grossman of the United States Bankruptcy Court for the Eastern District of New York.

Ashali earned her J.D. from William & Mary Law School, where she was the Senior Notes Editor of the William & Mary Law Review and wrote her Note on the treatment of mass tort victims under the Bankruptcy Code. She earned her Bachelor of Arts in International Affairs from Texas A&M University.

## Staff Attorney

## Shannon Lohrentz

Shannon Lohrentz joined the FeganScott team as a staff attorney in 2024, bringing extensive experience managing complex e-discovery and document review initiatives to the firm.

Throughout her career, Shannon has used her e-discovery and document review expertise to advance litigation across antitrust, securities and employment practice areas. Most recently, Shannon



excelled as a document review attorney at KLDiscovery, where she led quality control and privilege review projects, utilizing a variety of e-discovery software.

Shannon earned her Juris Doctor with a Certificate in International and Comparative Law from DePaul University College of Law and her Bachelor of Arts in English from DePaul University.

## Dawn Ehlke



Dawn Ehlke joined FeganScott as a staff attorney in 2024. Experienced in document review and class action administration, she brings valuable expertise to support litigation across the firm's practice areas.

Previously, Dawn worked at K&L Gates as an e-discovery attorney before spending 15 years in senior customer success positions at various software companies, including Limeade, Zonar Systems and Thomson Reuters.

Dawn earned her Juris Doctor from Temple University School of Law and her Bachelor of Arts in History from the University of Washington.

## Barbara Moran



Barbara Moran is a staff attorney at FeganScott specializing in class action litigation. With over thirty years of experience, she brings extensive expertise in document review and legal research to the firm.

Barbara has honed her skills in roles at several leading law firms and through her own practice, which she operated for 11 years. Most recently, she worked as an associate attorney at Slater, Slater, Schulman, where she was part of the litigation team that secured a historic $2.45 billion settlement fund against the Boy Scouts of America on behalf of child sex abuse survivors.

After receiving her Bachelor of Arts at Rutgers University, Barbara earned her Juris Doctor from Stetson University College of Law.



# Exhibit B



## **Shindler & Anderson, Goplerud & Weese P.C.**

## **Our Location**

5015 Grand Ridge Drive
Suite 100
West Des Moines, IA 50265
Phone: 515-223-4567
Fax: 515-223-8887
Web: www.sagwlaw.com

## **Our Practice**

Our attorneys provide a broad range of legal services to individuals and business clients throughout the Midwest. Our practice areas include family law, real estate, personal injury, banking and finance, personal bankruptcy and business bankruptcy, alternative dispute resolution (ADR), appeals, health care law, consumer fraud, insurance law, wage and hour violations, medical malpractice, business and corporate law, products liability, agricultural law, commercial litigation, workers' compensation, employment law, sports and leisure law, and entertainment law.

## **OUR ATTORNEYS**

### **Frederick B. Anderson**

Shareholder
Local: 515-223-4567
Fax: 515-223-8887

Email: anderson@sagwlaw.com

## Biography

Mr. Anderson has been in private practice since 1977 in West Des Moines, Iowa. He represents many small and medium sized companies throughout Iowa that do business locally and internationally. He has extensive litigation experience in all Iowa and federal courts, and all arbitration and mediation forums.

Mr. Anderson is a member of several organizations including the Iowa Bar Association, Polk County Bar Association, Academy of Iowa Trial Attorneys and Iowa Trial Lawyers Association. He has been Chairman of the Lawyer Referral Committee of the Iowa Bar Association, a member of the Grievance Commission of the Supreme Court of Iowa and a member of the Clive Planning and Zoning Commission. He has coached high school and junior high school mock trial teams for several years. He was Clive Iowa outstanding citizen in 2001. Fred resides in West Des Moines, Iowa, with his wife, Vicki.

## Areas of Practice

Contracts and Business
Corporate Law
Mergers & Acquisitions
Securities
Real Estate
Litigation
Trial law
Personal Injury
Alternate Dispute Resolution
Wills and Trusts
Estate Planning
Probate Law
Employment Law

## Education

Drake University Law School, Des Moines, Iowa
     J.D.—1977
     Honors: Order of the Coif
     Honors: With Honors
     Honors: Drake Legal Research, 1975–77, Editor
     Law Review: Drake University Law Review, 1975–1977
University of Minnesota, Duluth, Minnesota
     B.A. *magna cum laude*—1974
     Honors: With Honors
     Major: Political Science
     Minor: Economics and Business

## Katie L. Gallo

Shareholder

Local: 515-223-4567

Fax: 515-223-8887

Email: gallo@sagwlaw.com

## <u>Biography</u>

      Katie has spent her professional life devoted to helping those in need, often when facing uncertain times because of family turmoil. Prior to joining Shindler, Anderson, Goplerud and Weese P.C, Katie was the in house counsel for a local youth services agency in Des Moines. Her passion for assisting those in need, especially children and families, makes Katie's empathy a key ingredient of her representation. Katie's empathy and strong work ethic make her and her clients achieve favorable results.

Katie has been zealously representing clients in the Des Moines area since 2009. She practices primarily in the areas of divorce, child custody, visitation, child support, juvenile law, and litigation.

Katie received her Bachelor of Arts from the University of Iowa in 2006, majoring in Psychology and minoring in Political Science. She obtained her Juris Doctorate from Drake University Law School in 2009. Katie is a member of several organizations including the Iowa Bar Association, Polk County Bar Association, Iowa Organization of Women Attorney, and Polk County Women Attorneys. Katie Resides in Urbandale, Iowa, with her husband.

## <u>Areas of Practice</u>

Family Law

Juvenile Law

Divorce

Custody

Visitation

Child Support

Litigation

## <u>Education</u>

Drake University Law School, Des Moines, Iowa

      J.D.—2009

      Honors: With Honors

University of Iowa, Iowa City, Iowa

      B.A.—2006

      Honors: Cum Laude

      Major: Psychology

      Minor: Political Science

# J. Barton Goplerud

Shareholder

Local: 515-223-4567

Fax: 515-223-8887

Email: goplerud@sagwlaw.com

## <u>Biography</u>

Bart represents clients in class action, personal injury, medical malpractice, product liability, and workers' compensation cases. He is licensed to practice in all Iowa State and federal courts and is a member of the American Bar Association, the Iowa State Bar Association, and the American Association for Justice. Bart earned his bachelor's degree from the University of Iowa in 1982 and his law degree from Drake University in 1990. Bart and his wife Leslie live in Booneville.

## <u>Areas of Practice</u>

Wrongful Death

Medical Malpractice Law

Misdiagnosis

Surgical Mistake

Personal Injury

Automobile Accidents

Slip and Fall

Products Liability Law

Workers' Compensation

Consumer Protection Law

Litigation

Wage and Hour Violation

Class Action/Anti-Trust Violation

## <u>Education</u>

Drake University Law School, Des Moines, Iowa

        J.D.—1990

        Honors: Order of the Coif

        Law Review: Drake Law Review, Editor

University of Iowa, Iowa City, Iowa

        B.A.—1982

## Andrew B. Howie

Shareholder
Local: 515-223-4567
Fax: 515-223-8887
Email: howie@sagwlaw.com

## <u>Biography</u>

Andrew B. Howie is a shareholder with the firm of Shindler, Anderson, Goplerud and Weese P.C. He earned his Bachelor's Degree from Wartburg College in Waverly, Iowa, in 1993, and his J.D. with distinction from the University of Iowa in 1996. He is licensed to practice in Iowa (1996), the Northern and Southern Districts of the U.S. District Court of Iowa (1996), Eighth Circuit of the U.S. Court of Appeals (1996), and the U.S. Supreme Court (1999). After graduating from law school in 1996, he served as a clerk for the Iowa District Court in Burlington for a year. Mr. Howie has practiced in Polk County since 1997. He primarily practices in appellate law, having appeared in over 160 rulings from Federal and Iowa's appellate courts, and hundreds of family law cases in trial court. He has been a member of the Iowa State Bar Association's Family and Juvenile Law Section since 2002, having served as its Chair (2009–10), Vice-chair (2008–09), and chair of its Forms and Practice subcommittee (2004–08, 2010–present). He been a member of Iowa State Bar Association's Appellate Practice Committee since 2004 and served as its Chair from 2012 to 2013.

He authored the Iowa State Bar Association's "Family Law Manual", published in 2008, 2012, and 2015, which is primary tool for judges and attorneys throughout Iowa.

## <u>Areas of Practice</u>

Divorce
Family Law
Litigation & Appeals
Personal Injury—Plaintiff

## <u>Education</u>

University of Iowa College of Law, Iowa City, Iowa
       J.D.—1996
       Honors: With Distinction
       Honors: Moot Court Board
Wartburg College, Waverly, IA
       B.A.—1993
       Major: Political Science

**Tara L. Hofbauer**
Shareholder
Local: 515-223-4567
Fax: 515-223-8887
Email: hofbauer@sagwlaw.com

## Biography

   Tara brings a true competitive nature to her clients while helping them navigate through difficult times. Clients are drawn to Tara's passionate advocacy and honesty from the first meeting. Tara derives a deep satisfaction from arming potential clients with the proper tools to ready themselves for litigation. Tara's experience as a criminal prosecutor brings a unique perspective to family law. She has tried cases in various courtrooms throughout the State of Iowa. Tara practices primarily in the areas of divorce, child custody, visitation and child support litigation; criminal defense–from traffic tickets to felonies; and personal injury. Tara received her Bachelor of Science from Iowa State University in 2004, majoring in English, with an emphasis in rhetorical studies. While at Iowa State, she was able to attend an intensive foreign language program at the Universidad Internacional in Cuernavaca, Morelos, Mexico. She earned her Juris Doctorate from Drake University Law School in December 2006 and sat for the  February 2007 bar exam. Prior to joining the firm in January of 2012, Tara was an Assistant Marshall County Attorney in Marshalltown, Iowa. While prosecuting, Tara also served on the  Board of Directors at Child Abuse Prevention Services.

## Areas of Practice
Family Law
Divorce
Custody
Visitation
Child Support
Criminal Defense
Personal Injury
Litigation

## Education
Drake University Law School, Des Moines, Iowa
        Juris Doctor—2006
        Honors: With Honors
Iowa State University, Ames, Iowa
        B.S., Bachelor of Science
        Honors: With Distinction
        Major: English, emphasis in Rhetorical Studies

## Michael P. Mallaney

Shareholder
Local: 515-223-4567
Fax: 515-223-8887
Email: mpmallaney@hudsonlaw.net

## Biography

Mike represents clients in commercial, bankruptcy, antitrust, agriculture, and administrative law cases. Mike is licensed to practice in all Iowa State and federal courts and is a member of the American Bar Association and the Polk County Bar Association. Mike earned his bachelor's degree from Eastern Illinois University in 1972, his master's degree from Eastern Illinois University in 1975, and his law degree from Drake University in 1979. He served as law clerk for Bankruptcy Judge Richard F. Stageman in the U.S. Bankruptcy Court for the Southern District of Iowa from 1980 to 1982.

## Areas of Practice

Agriculture Law
Antitrust & Trade Regulation
Bankruptcy Law
Government Agencies & Programs

## Education

Drake University Law School, Des Moines, Iowa
    J.D.—1979
    Honors: With Honors
    Law Review: Drake Law Review, 1978 – 1979
Eastern Illinois University, Charleston, Illinois
    M.A.—1975
Eastern Illinois University, Charleston, Illinois
    B.S.—1972
    Major: History

# Brian O. Marty

Shareholder

Local: 515-223-4567

Fax: 515-223-8887

Email: marty@sagwlaw.com

## Biography

Brian represents clients in personal injury, workers' compensation, medical malpractice, and wrongful death cases. He also represents clients in securities fraud, consumer fraud, and financial services class-action cases nationwide. Through both trial and settlement negotiations, he has helped his clients recover millions of dollars.

Brian earned his bachelor's degree from the University of North Dakota and his law degree from the University of St. Thomas School of Law, where he served on the editorial board of the law review and graduated third in his class. He and his wife Megan and their children live in Clive.

## Areas of Practice

Personal Injury

Motor Vehicle Accidents

Slip and Fall

Medical Malpractice

Product Liability

Workers' Compensation

Bankruptcy

Class Action

## Education

University of St. Thomas School of Law, Minneapolis, MN

    Juris Doctor, *summa cum laude*—2010

    Law Review: University of St. Thomas Law Review

University of North Dakota, Grand Forks, North Dakota

    Bachelor of Business Administration, *summa cum laude*—2007

    Major: Aviation Management

## Peter J. Rolwes
Shareholder
Local: 515-223-4567
Fax: 515-223-8887
Email: rolwes@sagwlaw.com

### Biography

Mr. Rolwes has been in private practice in West Des Moines, Iowa, since 2007. He represents individual and corporate clients in a variety of legal matters including, estate planning and probate, business and corporate law, bankruptcy, real estate, personal injury, and civil litigation. Mr. Rolwes has litigated numerous cases in all Iowa and federal courts as well as in arbitration. He is also a frequent speaker at local colleges and churches on various legal topics. Outside of work, Pete serves as a small group host at Lutheran Church of Hope in West Des Moines, volunteers with various charities, and regularly serves on the alumni board of the Iowa Sigma chapter of the Sigma Alpha Epsilon fraternity. In his free time, he enjoys spending time with his family, running, and playing golf. Pete lives in Urbandale, Iowa, with his wife, Jessica and their two boys.

### Areas of Practice
Wills, Trusts, Estate Planning & Probate Law
Bankruptcy
Business Law
Corporate Law
Commercial Law
Contracts
Trademarks & Copyright Law
Non Profit Law
Real Estate
Collections Law
Employment Law
Litigation
Personal Injury
Lemon Law

### Education
Drake University Law School, Des Moines, Iowa
     J.D.—2007
     High Honors
     Law Review: Drake Law Review
Drake University College of Business and Public Administration, Des Moines, Iowa
  M.B.A.—2007
     Beta Gamma Sigma
  Simpson College, Indianola, Iowa
     B.A. *magna cum laude*—2004
     Major: Business Management

**Steven H. Shindler**

Shareholder

Local: 515-223-4567

Fax: 515-223-8887

Email: shin@hudsonlaw.net

## Biography

     Steve brings his strong passion when he represents many diverse individuals as they face life altering events. For over thirty years, together with his clients Steve works hard at crafting remedies that help solve people's current problems and provide future solutions, whether it be through alternative dispute resolution or litigation.

Away from the practice of law, Steve has served on several different Boards including the West Des Moines Little League, Holliday Park Baseball Club Boards and Glen Oaks Country Club. He has been active with coaching youth baseball and has been involved as a volunteer with the West Des Moines Valley High School baseball program.

## Areas of Practice

Divorce

Entertainment, Sports & Leisure Law

Family Law

Health & Health Care Law

Personal Injury—Plaintiff

Professional Malpractice Law

Civil Rights Claims

## Education

California Western School of Law, San Diego, California

     J.D.—1982

     Order of Barristers

     National Moot Court

Drake University, Des Moines, Iowa

     B.A.—1977

**Ryan E. Weese**

Shareholder

Local: 515-223-4567

Fax: 515-223-8887

Email: weese@sagwlaw.com

## Biography

      Mr. Weese began his private practice over 21 years ago in 2001. He represents clients throughout the state in a variety of domestic situations that include child custody disputes, property distribution, business valuation and division, farm property, alimony, child support, and all other aspects concerning divorce and the related areas of practice. Mr. Weese has also engaged in representation of plaintiffs and defendants in medical malpractice, personal injury, criminal and employment discrimination cases. His clients include individual clients struggling through a dissolution of marriage to corporate clients trying to succeed in their respective businesses.

      Mr. Weese is a current fellow of the American Academy of Matrimonial Lawyers (AAML) since 2013 and has received a variety of awards for his quality representation and hard work. Those awards include, but are not limited to, 2016-2020 Great Plains Super Lawyer, Super Lawyers—Rising Star; Top 100 Trial Attorneys (National Trial Lawyers); Top 10 Family Law Attorney (National Academy of Family Law Attorneys); and the other awards set forth below.

      In his free time, Mr. Weese enjoys spending time with his family who reside in West Des Moines. He is also actively involved in several athletic endeavors and has coached baseball for several years in West Des Moines and in Mason City.

## Areas of Practice

Family Law

Trial Law

Medical Malpractice

Juvenile Law

Civil Rights and Discrimination

Personal Injury

## Education

Drake University Law School, Des Moines, Iowa

      J.D.—2001

Drake University, Des Moines, Iowa

B.S. *magna cum laude*—1998

**Jonathon P. Flaherty-Tarpey**
Associate
Local: 515-223-4567
Fax: 515-223-8887
Email: tarpey@sagwlaw.com

## Biography

Jon represents clients in family law litigation, civil litigation, and wills & estate matters. His approach to the practice of law is meticulous and detail oriented. Jon has litigated family law and criminal defense matters through trial in several Iowa counties. Beyond fighting for his clients in court, Jon strives to provide clients with prompt communication and efficient use of time in order to produce resolutions that are effective in addressing the client's expectations for the case.

Jon earned his bachelor's degree from Morningside College and his law degree from Drake Law School. He is a West Des Moines native and attended Valley High School.

## Areas of Practice

Family Law
Criminal Defense
General Civil Litigation
Juvenile Law
Adoptions
Wills & Estate Planning

## Education

Drake Law School, Des Moines, IA
    Juris Doctor, *2018*
Morningside College, Sioux City, IA
    Bachelor of Science, 2015
    Major: Business Administration
    Minor: Legal Studies, Philosophy

## James R. Hinchliff

Shareholder

Local: 515-223-4567

Fax: 515-223-8887

Email: hinchliff@sagwlaw.com

### Biography

Jim represents clients in the areas of divorce, litigation, child custody/visitation, taxation, child support, appeals, business law, contracts, and corporate law. Prior to joining Shindler, Anderson, Goplerud & Weese P.C., Jim represented clients in a general practice law firm in Perry, Iowa. During his time in general practice, he gained experience in criminal law, tax preparation, estate planning, and real estate law.

When Jim meets with clients, he focuses his energy on listening and gathering as much information as possible to provide honest advice in times of hardship or prosperity. After listening and gathering information, Jim seeks to provide a plan of action and counsel to his clients while focusing on their interests.

While in law school, Jim had the opportunity to work for a United States District Court Magistrate Judge for two summers, work for a Prosecutor's Office, and work on the Editorial Staff for the Creighton Law Review.

Outside of work, Jim enjoys spending time with his family and participating in various sports and recreational activities. Jim coaches Johnston High School Mock Trial and serves on the City of Grimes Tree Board.

### Areas of Practice

Litigation

Divorce

Child Custody/ Visitation

Appeals

Child Support

Business Law

Contracts

Corporate Law

Wills & Trust

Taxation

### Education

Creighton University School of Law, Omaha, Nebraska

     Juris Doctor, *2014*

     *Creighton Law Review, Editorial Staff Member*

Iowa State University, Ames, IA

     Bachelor of Science, 2015

     Major: Political Science and Anthropology

     Minor: History

**Eugene L. Nassif**

Associate

Local: 515-223-4567

Fax: 515-223-8887

Email: nassif@sagwlaw.com

## Biography

    Eugene is a fierce advocate for all his clients. His ability to navigate through difficult, highly emotional situations provides certainty and confidence to his clients. He credits much of his success to his colleagues and mentors at the firm, helping him become the lawyer he is. Eugene represents clients in a variety of domestic situations including child custody, visitation and child support litigation, alimony, property and business valuation and division, and other aspects concerning divorce and related areas of practice.

    Eugene was the first student from Luther College to enroll in the 3+3 program with Drake Law School. This allowed him to complete his undergraduate studies in 3 years. He went on to earn his Juris Doctorate from Drake Law School in May 2018 and sat for the July 2018 bar exam. While in law school Eugene was a member of the Drake Law Delta Theta Phi chapter, treasurer of the Federalist Society, and Dean's list recipient.

    In his free time, Eugene enjoys spending time with his wife and family, attending local community events and running Obtainium, a whiskey brand he developed in 2018.

## Areas of Practice

Divorce

Child custody

Visitation and Child Support Litigation

Alimony

Property and Business Valuation and Division

## Education

Drake University Law School, Des Moines, IA

      Juris Doctor, *2018*

Luther College,

      Bachelor of Arts, Decorah, IA, 2016

      Major: Political Science

# Thomas W. Polking

Local: 515-223-4567

Fax: 515-223-8887

Email: tompolking@gmail.com

## Biography

Tom began his practice in the rural community of Jefferson, Iowa, in 1972, with the law firm of Wilcox, Polking, Gerken, Schwarzkopf & Copeland, P.C. He was a long-term shareholder of this firm. In 2015, after Tom and his wife, Karen, moved to West Des Moines, he transitioned his law practice to Tom Polking, P.C. and of-counsel with Shindler, Anderson, Goplerud & Weese, P.C., maintaining offices in both locations. As of January of 2019, Tom is a full-time member of Shindler, Anderson, Goplerud & Weese, P.C.

Tom's main areas of practice involve representing clients throughout the state of Iowa in legal matters dealing with business and corporate law, estate planning, trusts, real estate and probate. A large part of Tom's practice involves succession planning of family-owned businesses, with an emphasis in family farms, while taking into consideration the various tax aspects and operational issues involved in these transfers.

Outside of the practice of law, Tom has served on numerous boards, including Greene County Development Corporation, Jefferson Community School District, Genesis Development, Thomas Jefferson Gardens of Greene County and the Glen Oaks Homeowners Association. Tom has also volunteered for various charities and is presently volunteering at the Food Bank of Iowa.

Tom and Karen reside in West Des Moines. They have four daughters, who with their spouses and eight children all live in the Greater Des Moines area.

## Areas of Practice

Business Law
Corporate Law
Real Estate Law
Wills, Trust, Estate Planning
Probate Law

## Education

Creighton University Law School, Des Moines, IA
    Juris Doctor, *1972*
Iowa State University, Ames, IA
    Bachelor of Arts, Decorah, IA, 1969