IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litigation | ) ) ) ) ) ) ) ) | Case No. 1:23-cv-00669 <br><br> MDL No. 3059 <br><br> Judge Sara L. Ellis |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT AGREEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 23, Angelique Roberts, Hannah Offutt, Dylan Rushing, Orlandra Hawthorne, Nisha Albert, Adam Sorkin, Dartisha Anderson, Christine Borovoy, Todd Miller, Richard D. Garcia, Erica Nichols Cook, Jennifer Speer, Rosemarie Ramirez, Mary Yoon, Christopher Bates, and Stan Zakinov ("Plaintiffs"), individually, and on behalf of the Settlement Class[1], file their Unopposed Motion for Final Approval of Settlement Agreement. The Motion for Final Approval is set for a Final Approval Hearing on **January 23, 2025, at 2:00 p.m.**

In support of the Motion for Final Approval, Plaintiffs submit their Memorandum of Law in support; the Declaration of the Settlement Administrator, Andrea Dudinsky; and a proposed Final Approval Order.

For the reasons set forth in the Memorandum, Joint Declaration of Class Counsel; and the Declaration of the Settlement Administrator, Andrea Dudinsky, Plaintiffs respectfully request the Court: (i) grant Final Approval of the Settlement; (ii) certify for settlement purposes only the

---

[1] Unless otherwise stated, all defined terms herein have the meaning given to such terms in the Settlement Agreement and Releases.

1

Settlement Class, pursuant to Fed. R. Civ. P. 23(a) and (b)(3); and (iii) enter the proposed Final Approval Order, dismissing the Action with prejudice.

Dated: December 23, 2024          Respectfully submitted,

                       */s/ Nick Suciu III*

                       Nick Suciu III
                       **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
                       6905 Telegraph Road, Suite 115
                       Bloomfield Hills, Michigan 48301
                       Telephone: (313) 303-3472
                       Facsimile: (865) 522-0049
                       Email: nsuciu@milberg.com

                       Joel D. Smith
                       **SMITH KRIVOSHEY, P.C.**
                       867 Boylston Street
                       5th Floor, #1520
                       Boston, MA 02116
                       Telephone: 617-377-7404
                       Email: joel@skclassactions.com

                       Jonathan Shub
                       **SHUB & JOHNS LLC**
                       Four Tower Bridge
                       200 Barr Harbor Dr., Ste. 400
                       Conshohocken, PA 19428
                       Telephone: (856) 772-7200
                       Facsimile: (856) 210-9088
                       Email: jshub@shublawyers.com

                       Elizabeth A. Fegan
                       **FEGAN SCOTT LLC**
                       150 South Wacker Drive, 24th Floor
                       Chicago, Illinois 60606
                       Telephone: (312) 741-1019
                       Facsimile: (312) 264-0100
                       Email: beth@feganscott.com

Jason P. Sultzer
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: sultzerj@thesultzerlawgroup.com

Robert K. Shelquist
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. S, Suite 2200
Minneapolis, Minnesota 55401
Mobile: (612) 991-2934
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rkshelquist@locklaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Date: December 23, 2024 /s/ *Nick Suciu III*
                                                                    Nick Suciu III